## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **AMBAC Assurance Corp. v. Adelanto Public Utility Authority**   Docket No.: **14-1107**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Todd O. Litfin**

Firm: **Rutan & Tucker, LLP**

Address: **611 Anton Boulevard, 14th Floor, Costa Mesa, CA 92626**

Telephone: **(714) 641-3454**     Fax: **(714) 546-9035**

E-mail: **tlitfin@rutan.com**

Appearance for: **Adelanto Public Utility Authority/Appellant**
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: **Eric Evans Wohlforth, Jr./Gibbons P.C.**)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[✔] I applied for admission on **April 25, 2014**

Signature of Counsel: **//s// Todd O. Litfin**

Type or Print Name: **Todd O. Litfin**