UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand and fourteen,

_____

AMBAC Assurance Corporation,

        Plaintiff - Counter Defendant - Appellee,

v.

Adelanto Public Utility Authority,

        Defendant - Counter Claimant - Appellant.

_____

**ORDER**
Docket No. 14-1107

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

